IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Margaret Daniels Law, | ) | |
| | ) | |
| | ) | Civil Action. No. 1:12-cv-01502-JMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court upon motion of the Plaintiff, through her attorney, Flo Lester Vinson, for an award of attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. On October 4, 2013, Counsel for the Plaintiff Flo Lester Vinson ("Counsel"), filed a motion for attorney's fees and costs [ECF No. 30] pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The motion seeks reimbursement for Counsel's representation in the captioned matter in the amount of $6,385.90 for 33.60 hours of attorney time at $186.33 per hour and 1.4 hours of paralegal time at $89.44 per hour. Defendant's response to Plaintiff's Motion for Attorney Fees under to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) [ECF No. 31] notifies the court that she does not oppose Plaintiff's request for fees in the amount stated. However, the parties agreed to a stipulated amount of $4,243.11 for attorney fees.

The court has reviewed Counsel's fee petition and the signed fee agreement that was submitted with the petition, and finds Counsel's stipulated request for fees reasonable.

Therefore, the Plaintiff is entitled to an award of attorney's fees under the Equal Access to

Justice Act in the stipulated amount of $4,243.11.

**IT IS SO ORDERED.**

*J. Michelle Childs*

United States District Judge

October 22, 2013
Greenville, South Carolina